```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19820
   JACQUELINE R WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5672


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/31/2008 and was not confirmed.

     The case was dismissed without confirmation 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------

ROUNDUP FUNDING LLC         UNSECURED          810.46          .00           .00
BARONS CREDITORS SERVICE    UNSECURED       NOT FILED          .00           .00
BUREAU OF COLLECTION REC    UNSECURED       NOT FILED          .00           .00
CCS FIRST NATIONAL BANK     UNSECURED       NOT FILED          .00           .00
DRS AMUNDSON SCHWARTZ PS    UNSECURED       NOT FILED          .00           .00
LVNV FUNDING                UNSECURED          419.97          .00           .00
HSBC                        UNSECURED          430.53          .00           .00
HSBC TAXPAYER FINANCIAL     UNSECURED       NOT FILED          .00           .00
VYRIDIAN REVENUE MANAGEM    UNSECURED       NOT FILED          .00           .00
GINNYS                      UNSECURED       NOT FILED          .00           .00
MIDNIGHT VELVET             UNSECURED       NOT FILED          .00           .00
MIDNIGHT VELVET             UNSECURED       NOT FILED          .00           .00
NICOR GAS                   UNSECURED          802.52          .00           .00
NICOR GAS                   UNSECURED       NOT FILED          .00           .00
VILLAGE OF BELLWOOD         UNSECURED       NOT FILED          .00           .00
VILLAGE OF BELLWOOD         UNSECURED       NOT FILED          .00           .00
VILLAGE OF BELLWOOD         UNSECURED       NOT FILED          .00           .00
VILLAGE OF BELLWOOD         UNSECURED       NOT FILED          .00           .00
VILLAGE OF BELLWOOD         UNSECURED       NOT FILED          .00           .00
RMI/MCSI                    UNSECURED         1250.00          .00           .00
RNB FIELDS                  UNSECURED       NOT FILED          .00           .00
RNB FIELDS                  UNSECURED       NOT FILED          .00           .00
SPIEGEL                     UNSECURED       NOT FILED          .00           .00
US DEPT OF EDUCATION        UNSECURED         4460.06          .00           .00
US DEPT OF EDUCATION        UNSECURED       NOT FILED          .00           .00
AT&T                        UNSECURED       NOT FILED          .00           .00
CITIFINANCIAL AUTO CREDI    SECURED VEHIC   16725.00           .00        375.00
CITIFINANCIAL AUTO CREDI    UNSECURED         1157.87          .00           .00
REGIONAL ACCEPTANCE CORP    SECURED VEHIC    6000.00           .00        300.00
REGIONAL ACCEPTANCE CORP    UNSECURED         6932.80          .00           .00
COMMONWEALTH EDISON         UNSECURED          558.48          .00           .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       50.00          .00         50.00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      2,500.00                     757.83
TOM VAUGHN                  TRUSTEE                                       117.17
DEBTOR REFUND               REFUND                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 19820 JACQUELINE R WILLIAMS
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,600.00

PRIORITY                                          50.00
SECURED                                          675.00
UNSECURED                                           .00
ADMINISTRATIVE                                   757.83
TRUSTEE COMPENSATION                             117.17
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                   1,600.00                1,600.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/10/09           _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 19820 JACQUELINE R WILLIAMS